UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAULA KNAPP-DAVEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 3:24-cv-05438-BHS<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Paul De Baldo and Defendant The Lincoln National Life Insurance Company (collectively, the "Parties") have filed their Stipulated Motion for Dismissal With Prejudice.

IT IS HEREBY ORDERED that the Parties' Stipulated Motion for Dismissal With Prejudice is hereby GRANTED, and the above-captioned matter is dismissed with prejudice, with each party to bear their own costs and fees.

DATED: October 15, 2024.

_[signature]_

BENJAMIN H. SETTLE
United States District Judge

ORDER GRANTING STIPULATED
MOTION FOR DISMISSAL WITH
PREJUDICE - 1
Case No. 3:24-cv-05438-BHS

EVERGREEN DISABILITY LAW
465 NE 181st Ave., No. 500
Portland, Oregon 97230
(503) 888-9331